UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

C.L.M., ET AL.,

                        Plaintiffs,          26-cv-2070 (JGK)

            - against -                       ORDER

CITY SCHOOL DISTRICT OF THE CITY OF
NEW YORK,

                        Defendant.
_____

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

May 19, 2026.

SO ORDERED.

Dated:    New York, New York
          May 5, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge