UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
C.L.M., et al,
Plaintiff(s)

26 civ 2070 (JGK)

-against-

CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK,
Defendant(s).
------------------------------------------------------------X

**ORDER**

The conference scheduled for Wednesday, July 29, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 22, 2026